**Order entered October 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00836-CV**

**JOHN ROCHON, SR. AND DONNA ROCHON, Appellants**

**V.**

**JGB COLLATERAL, LLC, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-19011**

**ORDER**

Before the Court is Gina Udall's October 4, 2021 request to extend time to file the reporter's record. We **GRANT** the request to the extent that we extend the time to **October 25, 2021**.

/s/    KEN MOLBERG
        JUSTICE